IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALDRIC D. MADDOX,

      Appellant,

v.

                              Case No.  5D22-841
                              LT Case No. 1992-031295-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Matthew J. Metz, Public Defender, and
Susan A. Fagan and Edward J. Weiss,
Assistant Public Defenders, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.